UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEA STAR LINE, LLC,

    Plaintiff,

v.                                        Case No.: 3:04-cv-1332-J-20HTS

TERRALINA ENVIRONMENTAL
SERVICES CORP.,

    Defendant.
_____/

## ORDER

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Doc. No. 7, filed on May 23, 2005), dismissing the case in accordance with Fed.R.Civ.P. 41(a)(1), as the Defendant has not filed any responsive pleading to the Complaint. Accordingly this case is **DISMISSED,** and the Clerk is directed to close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _9__ day of June, 2005.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Terralina Environmental Services Corp.